**AO 121 (6/90)**

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action appeal has been filed on the following copyright(s):

| [ X ] ACTION     [ ] APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>Northern District of Illinois<br>219 South Dearborn Street, 20th Floor<br>Chicago, Illinois 60604 |
|---|---|
| **DOCKET NO.** 12cv595    **DATE FILED** 1/26/2012 | |

| PLAINTIFF:<br>Bubble Gum Productions, LLC | | DEFENDANT:<br>John Does 1-37 |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1)   See | Attached | |
| 3) | | |
| 4) | | |
| 5) | | |
| 6) | | |
| 7) | | |
| | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| | | |

In the above-entitled case, a final decision was reached on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court attached.

| COPY ATTACHED<br>[ ] Other   [ ] Judgment | WRITTEN OPINION<br>ATTACHED [ ] Yes [ ] No | DATE RENDERED |
|---|---|---|
| **CLERK**<br>Thomas G. Bruton | **(BY) DEPUTY CLERK**<br>Vettina Franklin | **DATE**<br>1/30/2012 |

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 108.90.70.103 | AT&T Internet Services | 2012-01-12 03:28:30 |
| 173.24.69.83 | Mediacom Communications | 2011-12-14 08:11:35 |
| 173.29.134.13 | Mediacom Communications | 2012-01-07 10:39:03 |
| 205.178.120.50 | RCN Corporation | 2011-12-29 10:18:28 |
| 207.229.174.95 | RCN Corporation | 2012-01-08 22:31:16 |
| 208.123.248.157 | Genesco Telephone Company | 2011-12-13 23:38:14 |
| 24.1.187.205 | Comcast Cable Communications | 2011-12-16 15:21:08 |
| 24.12.148.93 | Comcast Cable Communications | 2011-12-14 03:16:18 |
| 24.148.15.18 | RCN Corporation | 2011-12-14 16:37:27 |
| 24.15.171.187 | Comcast Cable Communications | 2011-12-21 08:31:16 |
| 50.129.92.8 | Comcast Cable Communications | 2011-12-31 05:40:09 |
| 67.167.254.149 | Comcast Cable Communications | 2012-01-12 23:30:33 |
| 67.167.49.158 | Comcast Cable Communications | 2011-12-15 13:08:25 |
| 67.173.23.30 | Comcast Cable Communications | 2011-12-20 00:09:27 |
| 67.175.230.174 | Comcast Cable Communications | 2011-12-22 03:38:42 |
| 67.175.3.98 | Comcast Cable Communications | 2011-12-14 01:03:48 |
| 67.184.185.53 | Comcast Cable Communications | 2011-12-23 21:45:33 |
| 67.184.227.4 | Comcast Cable Communications | 2012-01-24 05:10:59 |
| 68.54.219.226 | Comcast Cable Communications | 2011-12-20 01:27:46 |
| 69.245.251.21 | Comcast Cable Communications | 2011-12-14 01:17:58 |
| 71.143.225.151 | AT&T Internet Services | 2011-12-14 09:40:31 |
| 71.194.64.159 | Comcast Cable Communications | 2011-12-23 02:12:39 |
| 71.228.62.14 | Comcast Cable Communications | 2012-01-07 10:39:50 |
| 71.57.12.119 | Comcast Cable Communications | 2012-01-12 21:23:54 |
| 74.199.42.138 | WideOpenWest | 2012-01-06 11:53:18 |
| 75.22.29.158 | AT&T Internet Services | 2011-12-19 17:20:49 |
| 76.16.174.105 | Comcast Cable Communications | 2011-12-16 15:01:17 |
| 96.35.228.17 | Charter Communications | 2011-12-15 15:47:18 |
| 98.206.247.23 | Comcast Cable Communications | 2011-12-29 19:40:37 |
| 98.213.195.222 | Comcast Cable Communications | 2011-12-22 03:10:32 |
| 98.213.209.46 | Comcast Cable Communications | 2011-12-14 00:04:00 |
| 98.214.229.177 | Comcast Cable Communications | 2011-12-27 19:58:38 |
| 98.228.72.146 | Comcast Cable Communications | 2012-01-17 05:52:25 |
| 99.141.221.54 | AT&T Internet Services | 2012-01-10 07:03:23 |
| 99.177.131.220 | AT&T Internet Services | 2011-12-14 02:31:13 |
| 99.41.242.56 | AT&T Internet Services | 2011-12-15 15:49:09 |
| 99.63.51.84 | AT&T Internet Services | 2012-01-09 02:16:17 |