**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BUBBLE GUM PRODUCTIONS, LLC, | ) | |
| | ) | CASE NO.: 1:12-cv-00595 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge: Hon. Joan H. Lefkow |
| | ) | Magistrate Judge: Hon. Susan E. Cox |
| DOES 1 – 37, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO TAKE
DISCOVERY PRIOR TO RULE 26(f) CONFERENCE**

PLEASE TAKE NOTICE that on February 14, 2012 at 8:30 a.m. the undersigned shall appear before the Honorable United States Judge Joan H. Lefkow in Courtroom 1925 at 219 South Dearborn Street, Chicago, IL and shall then and there present a Motion For Leave To Take Discovery Prior To Rule 26(f) Conference.

Respectfully submitted,

Bubble Gum Productions, LLC

**DATED:** February 7, 2012

By:    /s/ Paul Duffy
          Paul Duffy (Bar No. 6210496)
          Prenda Law Inc.
          161 N. Clark St., Suite 3200
          Chicago, IL 60601
          Telephone: (312) 880-9160
          Facsimile: (312) 893-5677
          E-mail: paduffy@wefightpiracy.com
          *Attorney for Plaintiff*