**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2
Eastern Division**

Bubble Gum Productions, LLC

                          Plaintiff,

v.                                                  Case No.: 1:12−cv−00595
                                                       Honorable Joan H. Lefkow

John Does 1−37

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 14, 2012:

      MINUTE entry before Honorable Joan H. Lefkow:Plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference [5] is stricken for want of prosecution. No one appeared in court when motion [5] was called on 2/14/2012. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.