# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BUBBLE GUM PRODUCTIONS, LLC, ) | |
| ) | CASE NO.: 1:12-cv-00595 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge: Hon. Joan H. Lefkow |
| ) | Magistrate Judge: Hon. Susan E. Cox |
| DOES 1 – 37, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(f) CONFERENCE

PLEASE TAKE NOTICE that on February 23, 2012 at 8:30 a.m. the undersigned shall appear before the Honorable United States Judge Joan H. Lefkow in Courtroom 1925 at 219 South Dearborn Street, Chicago, IL and shall then and there present a Motion For Leave To Take Discovery Prior To Rule 26(f) Conference.

Respectfully submitted,

Bubble Gum Productions, LLC

**DATED:** February 15, 2012

By: /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Telephone: (312) 880-9160
Facsimile: (312) 893-5677
E-mail: paduffy@wefightpiracy.com
*Attorney for Plaintiff*