# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 12 C 595 | DATE | 2/23/2012 |
| CASE TITLE | Bubble Gum Productions, LLC vs. Does 1-37 | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to take discovery prior to the Rule 26(f) Conference [5] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|