**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:12-cv-00595 |
|---|---|

BUBBLEGUM PRODUCTIONS, LLC,
    Plaintiff,
  v.
DOES 1-37,
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Movant and Defendant, John Doe 3
(in connection with IP address 173.29.134.13)

| | |
|---|---|
| NAME (Type or print) <br> Scott R. Kaspar | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Scott R. Kaspar | |
| FIRM <br> Tolpin & Partners, PC | |
| STREET ADDRESS <br> 11 S. LaSalle Street, Suite 2900 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC #6284921 | TELEPHONE NUMBER <br> 312-698-8971 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |