IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BUBBLE GUM PRODUCTIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 1:12-cv-00595 |
| | ) | |
| v. | ) | Hon. Joan H. Lefkow |
| | ) | |
| DOES 1 – 37, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on the 12th day of April 2012 at 8:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Joan H. Lefkow, or any judge sitting in her stead, in Courtroom 1925 or the courtroom usually occupied by her in the Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there shall present JOHN DOE 3'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO SEVER DEFENDANTS AND QUASH SUBPOENA, copies of which have been served upon you.

                                                            Respectfully submitted,

                                                            JOHN DOE 3

Dated: April 9, 2012                By:  s/ Scott R. Kaspar

                                                            Scott R. Kaspar (ARDC #6284921)
                                                            TOLPIN & PARTNERS, PC
                                                            11 South LaSalle Street, Suite 2900
                                                            Chicago, Illinois 60603
                                                            Phone: (312) 698-8971
                                                            Fax: (312) 803-9602

Email: Scott@tolpinlaw.com

*Attorneys for Defendant*
*JOHN DOE 3*

**CERTIFICATE OF SERVICE**

      I, Scott R. Kaspar, an attorney, hereby certify that on April 9, 2012, I caused to be filed electronically **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to all counsel of record and constitutes proper service under Fed. R. Civ. P. 5(b)(2)(D) pursuant to L.R. 5.9 of the Northern District of Illinois.

      /s/ Scott R. Kaspar