**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Bubble Gum Productions, LLC
                                   Plaintiff,

v.                                                                              Case No.: 1:12–cv–00595
                                                                             Honorable Joan H. Lefkow

Does 1–37
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 12, 2012:

      MINUTE entry before Honorable Joan H. Lefkow:Motion hearing held on 4/12/2012. Motion of John Doe 3 to dismiss, or sever and quash subpoena [18] is denied without prejudice.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.