**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division**

Bubble Gum Productions, LLC
                              Plaintiff,

v.                                                   Case No.: 1:12–cv–00595
                                                       Honorable Joan H. Lefkow

Does 1–37
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 9, 2012:

      MINUTE entry before Honorable Joan H. Lefkow: Status hearing of 7/10/2012 reset for 7/17/2012 at 08:30 AM.Mailed and telephoned notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.