# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Bubble Gum Productions, LLC

                                      Plaintiff,

v.                                                                            Case No.: 1:12–cv–00595
                                                                           Honorable Joan H. Lefkow

Does 1–37

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 4, 2012:

      MINUTE entry before Honorable Joan H. Lefkow: Status hearing reset for 10/18/2012 at 08:30 AM. If dismissal paperwork submitted prior to 10/18/2012, no appearance is necessary on 10/18/2012.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.