## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BUBBLE GUM PRODUCTIONS, LLC, | CASE NO. 1:12-cv-00595 |
| Plaintiff, | |
| v. | Judge: Honorable Joan H. Lefkow |
| DOES 1-37, | |
| Defendants. | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, all claims brought in this action. Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

BUBBLE GUM PRODUCTIONS, LLC,

**DATED:** October 17, 2012

By: /s/ Paul Duffy_____
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark Street, Suite 3200
Chicago, IL 60601
Phone: 312-880-9160
Fax: 312-893-5677
E-mail:paduffy@wefightpiracy.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 17, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rules.

                                                  s/ Paul Duffy
                                                  Paul Duffy