# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Bubble Gum Productions, LLC

                                           Plaintiff,

v.                                                            Case No.: 1:12–cv–00595
                                                                 Honorable Joan H. Lefkow

Does 1–37

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 18, 2012:

      MINUTE entry before Honorable Joan H. Lefkow:Status hearing stricken. Pursuant to Notice of Voluntary Dismissal [28], case dismissed without prejudice. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.